[No. 43116-1-I.     Division One.     July 19, 1999.]

DAVID HENNY, *Appellant*, v. SHUKSAN CORPORATION, *Defendant*, SUNLIGHT SHORES COUNTRY CLUB, INCORPORATED, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 97-2-00203-1, Vickie I. Churchill, J., entered July 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43124-2-I.     Division One.     July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNETTE ROCHELLE SHINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04000-1, Deborah Fleck, J., and Julie Spector, J. Pro Tem., entered July 20 and August 3, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43125-1-I.     Division One.     July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. G.F., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-00099-8, Larry Jordan, J., entered July 29, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43233-8-I.     Division One.     July 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. B.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03083-8, Julie Spector, J. Pro Tem., entered August 26, 1998. *Affirmed* by unpublished per curiam opinion.